1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| FABIAN CAYETANO URREA, | ) Case No. EDCV 12-2229 VAP(JC) |
| Petitioner, | ) |
| | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS, AND |
| v. | ) RECOMMENDATIONS OF |
| | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
| GERALD JANDA, | ) |
| | ) |
| Respondent. | ) |
| | ) |

_____

18
19
20
21
22
23
24
25
26
27
28

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

*///*

1    IT IS ORDERED that Judgment be entered denying the Petition and

2  dismissing this action with prejudice.

3    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

4  Report and Recommendation, and the Judgment herein on petitioner and counsel

5  for respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8  DATED:  May 8, 2015___

9

10  _____

11  HONORABLE VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2